No. 78–289. FEDERAL DEPOSIT INSURANCE CORP. *v.* FIRST EMPIRE BANK-NEW YORK ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.